# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

DIANNE LODEN, individually and on
behalf of all wrongful death beneficiaries
of JEFFREY A. DAVIS
    *Plaintiff*

v.
                                                                      CIVIL ACTION NO.:
                                                                      4:18-CV-118-DMB-JMV

MISSISSIPPI DEPARTMENT OF
CORRECTIONS; CENTURION OF
MISSISSIPPI and DEFENDANT
DOES 1 through 10
    *Defendants*

## SUMMONS IN A CIVIL ACTION

TO:    Centurion of Mississippi, LLC
           C. T. Corporation System
           645 Lakeland Drive East, Suite 101
           Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey D. Leathers, 117 North Broadway Street, PO Box 907, Tupelo, MS 38802.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   s/E.Certion
                                                      Clerk of Court, David Crews
                                                      by Deputy Clerk

Dated  7/23/2018

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

DIANNE LODEN, individually and on
behalf of all wrongful death beneficiaries
of JEFFREY A. DAVIS
    *Plaintiff*

v.                                                CIVIL ACTION NO.:
                                                          4:18-CV-118-DMB-JMV

MISSISSIPPI DEPARTMENT OF
CORRECTIONS; CENTURION OF
MISSISSIPPI and DEFENDANT
DOES 1 through 10
    *Defendants*

## SUMMONS IN A CIVIL ACTION

TO:     Mississippi Department
           Of Corrections
           Attorney General's Office
           P. O. Box 220
           Jackson, MS 39205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey D. Leathers, 117 North Broadway Street, PO Box 907, Tupelo, MS 38802.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                             s/E.Certion
                                                        Clerk of Court, David Crews
                                                        by Deputy Clerk

Dated 7/23/2018