# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DIANNE LODEN**
*Individually and on Behalf of all*
*Wrongful Death Beneficiaries of*
*Jeffrey A. Davis*                                                                 **PLAINTIFF**

**V.**                                                           **CAUSE NO. 4:18CV00118-DMB-JMV**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                                      **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(3)(B). The rule provides that

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendant filed a motion [7], asserting the defense of Eleventh Amendment immunity on August 16, 2018. Accordingly, it is **ORDERED**:

That the proceedings referenced in local rule 16(b)(3)(B) are **STAYED** pending a decision on the motion [7].

**THIS**, the 17th day of August, 2018.

                                                                          /s/ Jane M. Virden
                                                                          U. S. Magistrate Judge