# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF CANCELLATION

**DIANNE LODEN**                                                                             **PLAINTIFF**

**V**                                    **CASE NO.: 4:18cv118-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, *ET AL.***      **DEFENDANTS**

**TAKE NOTICE** that a proceeding in this case has been **CANCELLED** for the date, time and place set forth below:

| *Place* | *Room No.* |
|---|---|
| U.S. FEDERAL BUILDING<br>305 Main Street<br>Greenville, MS   38701 | **TELEPHONIC** |
| | *Date and Time*<br><br>**SEPTEMBER 13, 2018**<br>**10:00 A.M.** |

*Type of Proceeding*

### CANCELLATION OF TELEPHONIC CASE MANAGEMENT CONFERENCE [5]
### IN LIGHT OF CASE STAYED
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**DAVID CREWS, Clerk of Court**

By:   s/*Itonia R. Williams*
        Courtroom Deputy

Date:   August 17, 2018

IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214
OR VIA EMAIL: itonia_williams@msnd.uscourts.gov.