IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DIANNE LODEN, individually and
on behalf of all wrongful death beneficiaries
of JEFFREY A. DAVIS**                                   **PLAINTIFF**

VS.                                   Civil Action No. 4:18cv118-DMB-JMV

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS; CENTURION OF
MISSISSIPPI, LLC; and
DEFENDANTS DOES 1-10**                                 **DEFENDANTS**

## ORDER OF DISMISSAL

Before the Court is Plaintiff Dianne Loden's Unopposed Motion for Entry of a Proposed Agreed Order of Dismissal with Prejudice. *See* Doc. #53. Being advised of the Motion, the Motion's unopposed nature, and the remaining parties' settlement, the Court finds the Motion should **GRANTED** and this matter should be finally closed on the docket.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed with prejudice as to all parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded to the aggrieved party or parties against the party failing to execute or comply with the settlement agreement.

This Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED**, this the 15th day of November, 2019.

                                                              /s/ Jane M. Virden
                                                              UNITED STATES MAGISTRATE JUDGE

**Agreed to and Approved by:**

*/s/ Stevie F. Rushing*

Stevie Rushing (MSB# 105534)
Michael J. Bentley (MSB# 102631)
Molly M. Walker (MSB# 100689)
 Bradley Arant Boult Cummings, LLP  One Jackson Place
 188 East Capitol Street, Suite 1000
 PO Box 1789
 Jackson, MS 39215-1789
 Telephone: (601) 948-8000
 Facsimile: (601) 948-3000

*Attorneys for Defendant Centurion of Mississippi, LLC*


/s/ *Jeff V. Hester*_____
Jefferson V. Hester, MSB No. 104904
Jeffrey D. Leathers, MSB No. 100082

*Attorneys for Plaintiff*